UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ADRIAN PATTERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:16-cv-02623 |
| | ) | CHIEF JUDGE CRENSHAW |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Petitioner's Unopposed Motion to Authorize Petitioner to Access and Copy Sealed Transcript (Doc. No. 28). The Motion is **GRANTED,** and the Clerk is directed to provide counsel for Petitioner a copy of the sealed February 23, 2012 trial transcript (Doc. No. 340) from the related criminal case - No. 3:9-cr-00047-1. The transcript is to be used only for purposes set forth in the motion (Doc. No. 28) and shall not be reproduced in any fashion, disseminated to any entity or person or its contents shared without the Court's approval.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE