IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| ADRIAN PATTERSON | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:16-cv-02623 |
| | ) | | Chief Judge Crenshaw |
| UNITED STATES OF AMERICA | ) | | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes now the plaintiff, Adrian Patterson, by and through counsel of record, G. Kerry Haymaker, hereby moves this Honorable Court for leave to file the associated Document under seal.

Respectfully submitted,

**HAYMAKER & HEROUX, P.C.**

*/s G. Kerry Haymaker*
G. Kerry Haymaker, BPR 18695
Attorney for the Plaintiff
The Court Square Building
300 James Robertson Pkwy Suite 306
Nashville, Tennessee 37201
(615)250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Leave to File Under Seal has been delivered by US Mail to **Sunny Koshy,** Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 15th day of February, 2019.

*/s G. Kerry Haymaker*
G. Kerry Haymaker